IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HILTON LLOYD KELLER, )
 )
    Plaintiff, )
 )
v. ) Case No.: 3:10-cv-00676-GPM-DGW
 )
BRAD THOMAS, et al., )
 )
    Defendants. )

**ORDER**

The Court has determined that appointment of counsel is warranted in this action. Accordingly, attorney **Matthew S. Bober** of the law firm Thompson Coburn LLP, One US Bank Plaza, St. Louis, MO 63101, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1]

Mr. Bober is **directed** to file his entry of appearance **on or before May 19, 2011.** The Court informs Mr. Bober that Plaintiff is currently incarcerated by the Illinois Department of Corrections at the Menard Correctional Center.

The Court further notifies Mr. Bober that the Court is **DENYING WITHOUT PREJUDICE** Plaintiff's **Motion for Stamped/Sealed Subpoena Forms** (Doc. 26) so that counsel can address the matters contained in this motion.

**IT IS SO ORDERED**.

DATED: April 28, 2011

                                                      /s/ Donald G. Wilkerson
                                                    **DONALD G. WILKERSON**
                                                    **United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.