IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HILTON LLOYD KELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:10-cv-00676-GPM-DGW |
| ) | |
| BRAD THOMAS, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PACER EXEMPTION**

Pending before the Court is a Motion for Exemption of Pacer Fees filed Matthew Bober, counsel for Plaintiff (Doc. 35). The Court finds that Mr. Bober, an appointed lawyer on a prisoner civil rights case in this district, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Accordingly, the motion is **GRANTED**.

Mr. Bober shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this action only. Mr. Bober shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Mr. Bober and is valid only for the purpose stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Mr. Bober agrees not to sell for profit any data obtained as a result of having this exemption;

4. Mr. Bober is prohibited from transferring any data obtained as a result of receiving this exemption;

5. This exemption is valid only until this action is terminated; and

6. This exemption may be revoked at the discretion of the Court at any time.

Mr. Bober must register for a separate pro bono account with PACER at www.pacer.gov. After registering, the PACER Service Center will issue further written instructions to activate the account. If needed, Mr. Bober may contact the PACER Service Representative at 800-676-6856, Ext. 6442, for assistance.

The Clerk of Court is **DIRECTED** to email a copy of this Order to the PACER Service Center.

**IT IS SO ORDERED.**

**DATED: May 4, 2011**

_/s/ Donald Wilkerson_
**DONALD G. WILKERSON**
**United States Magistrate Judge**