Judge,

Do you want us to stay tonight until we make a decision or come back in the morning? We are currently at a standstill. Do we have a limited amount of time to deliberate on this issue?

You should continue to deliberate. We have additional time this evening. If at some point you cannot reach a verdict, the court will bring you back tomorrow morning.

Judge SWilkerson

5:14 pm          4/24/13