IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HILTON LLOYD KELLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:10-cv-00676-GPM-DGW |
| BRAD THOMAS, et al. | ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

COMES NOW Plaintiff Hilton Lloyd Keller, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and respectfully requests that the Court dismiss this matter with prejudice, with each party bearing their respective costs and attorneys' fees.

Respectfully submitted,

THOMPSON COBURN, LLP

By: /s/ Matthew S. Bober
Matthew S. Bober, IL Bar #6294875
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
mbober@thompsoncoburn.com

*Attorney for Plaintiff Hilton Keller*

OF COUNSEL:
THOMPSON COBURN LLP

5859615

Case 3:10-cv-00676-DGW   Document 118   Filed 11/08/13   Page 2 of 2   Page ID #572

## CERTIFICATE OF SERVICE

   I hereby certify that on November 8, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Lisa A. Cook
Robert Fanning
Bianca Chapman
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
P: (217) 782-9026
F: (217) 524-5091
lcook@atg.state.il.us
rfanning@atg.state.il.us

            /s/ Matthew S. Bober

5859615