# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**HILTON LLOYD KELLER**

*Plaintiff*

v.

**BRAD THOMAS et. al.**

*Defendants*

**Case Number:** 3:10-cv-676-DGW

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** The Court having been advised by counsel for the parties that the above action has been settled pursuant to stipulation of the parties;

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on 8/19/2013, this case is **DISMISSED** with prejudice and without costs.

DATED:  December 6, 2013

NANCY J. ROSENSTENGEL, CLERK

By: s/Jackie Payton
Deputy Clerk

APPROVED:

*s/ Donald G. Wilkerson*

HON. DONALD G. WILKERSON
UNITED STATES MAGISTRATE JUDGE